FILED

12 OCT 16 AM 10:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cathy Reis, et al.,<br><br>                    Plaintiffs,<br>vs.<br><br>Fannie Mae, et al.,<br><br>                    Defendants. | CASE NO. 04-CV-1883 BEN (BLM)<br><br>**ORDER DENYING MOTION TO REOPEN CASE**<br><br>[ECF No. 32] |

      Presently before the Court is Plaintiff Cathy Reis's "Motion to Reopen Case No. __ Due to Patent Dispute and Loss of Value of Assets," which the Court construes as a motion for relief from a judgment or order pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. ECF No. 32. Plaintiff's motion comes more than seven years after this Court dismissed the underlying action for improper venue, and six years after it denied Plaintiff's motion for reconsideration.

      "Rule 60(b) allows a party to seek relief from a final judgment, and request re-opening of his case, under a limited set of circumstances." *Gonzalez v. Crosby*, 545 U.S. 524, 528 (2005). If the request is based on fraud, mistake, or newly discovered evidence, the motion "shall be made . . . not more than one year after the judgment, order, or proceeding was entered or taken." FED. R. CIV. P. 60(c)(1). If based on various other enumerated reasons, or "any other reason that justifies relief," the motion must be made "within a reasonable time." FED. R. CIV. P. 60(c)(1).

      Plaintiff has attached several hundred pages of supporting documents, yet the basis for her motion is difficult to discern. She appears largely to repeat claims of intellectual property theft from

1  2006. *See* ECF No. 23. Plaintiff did not file the motion within a reasonable time and has not
2  demonstrated that the requested relief is justified. Accordingly, Plaintiff's motion is **DENIED**. The
3  motion hearing scheduled for November 5, 2012 before this Court is vacated.

4  **IT IS SO ORDERED.**

6  DATED: October /6, 2012

HON. ROGER T. BENITEZ
United States District Court Judge